

1:21-cr-00412(MKB)

August 3, 2021

**MEMORANDUM
TO DOUGLAS C. PALMER
CLERK OF THE COURT
U.S. DISTRICT COURT**

RE: STEVENS, Anthony Shawn
Docket Number: 3:92-CR-365-D
<u>REQUEST FOR JUDICIAL RE-ASSIGNMENT</u>

Reference is made to Anthony Shawn Stevens (Stevens) who was sentenced on February 18, 1994, in the Northern District of Texas by the Honorable Sidney A. Fitzwater, U.S. District Judge, after being found guilty of Conspiracy to Possess With Intent to Distribute Cocaine, in violation of 21 U.S.C. § 846, a Class A felony. Stevens was sentenced to life, followed by five (5) years' supervised release a $50 special assessment fee and the following special conditions were also imposed: 1) Defendant shall report to the Probation Department within 72 hours; 2) Defendant shall not possess a firearm; and 3) Defendant shall participate in substance abuse program approved by the U.S. Probation Department.

Stevens commenced his term of supervised release on June 23, 2021 in the Eastern District of New York (EDNY), based on his residence and family ties in Brooklyn, New York. Stevens is scheduled to terminate on supervision on June 22, 2026.

At this time, the Northern District of Texas has agreed to transfer jurisdiction to EDNY at our request. Our office respectfully requests that jurisdiction be accepted in EDNY.

Respectfully submitted,

Robert Capers
Chief U.S. Probation Officer

Prepared by,

*Ewelina Zajkowski*
Ewelina Zajkowski
U.S. Probation Officer

Approved by,

*Petra deHaan*
Petra deHaan
Supervising U.S. Probation Officer